SHAWN GREEN, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 112892.) [938 NYS2d 495] Present—Scudder, P.J., Centra, Gorski and Martoche, JJ. (Filed Jan. 31, 2012.)

LEO J. ROTH CORPORATION, Respondent, v TRADEMARK DEVELOPMENT Co., INC., et al., Appellants. (Appeal No. 2.) [938 NYS2d 494] Present—Scudder, P.J., Centra, Gorski and Martoche, JJ. (Filed Jan. 31, 2012.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANE GATZ, Appellant. [937 NYS2d 912] Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SANTANA, Appellant. [937 NYS2d 913] Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.